**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **(1) DARLA NORDSTROM, INDIVIDUALLY, AND AS NEXT OF KIN OF (2) RUSS NORDSTROM, DECEASED,** | ) | |
| **PLAINTIFFS,** | ) | |
| **V.** | ) | **CASE NO: CIV-24-231-D** |
| **(1) FARMERS INSURANCE COMPANY, INC.,** | ) | |
| **DEFENDANT.** | ) | |

**JOINT MOTION TO ENTER PROTECTIVE ORDER**

**COME NOW** Farmers Insurance Company, Inc. and Darla Nordstrom, the Parties herein, and move the Court under Fed. R. Civ. P. 26(c) to enter a protective order, in the form provided to the Court via electronic transmission, to allow for the confidential treatment of materials or information to be requested or produced in discovery in this matter. In further support of this Motion, the Parties show the Court as follows:

1. Plaintiff has requested the production of documents from Defendant containing private, sensitive, or otherwise protected information. Specifically, the requested documents consist of proprietary documents concerning Defendant's underwriting, certain personnel related records, and internal policies, procedures, and claims-handling guidelines.

2. Defendant seeks to protect the disclosure of this private, sensitive, or otherwise protected information to non-parties.

3. As a result, the Parties seek the entry of a Protective Order to allow for the confidential treatment of such materials.

4. The parties filed a Joint Motion for Protective Order and submitted a proposed protective order on September 19, 2024. The Court denied the motion without prejudice to its resubmission. The parties have revised the Protective Order to comply with the Court's Order. *See* Dkt. No. 18.

5. A proposed Protective Order will be submitted electronically to the Court for its review and approval.

6. The proposed Protective Order includes the applicable Federal Rules of Civil Procedure and Local Civil Rules and does not attempt to control the use of confidential documents at the trial of the case.

7. The Parties do not object to the entry of the proposed Protective Order.

WHEREFORE, Plaintiff Darla Nordstrom and Defendant Farmers Insurance Company, Inc. respectfully ask this Court to enter a protective order for use in this case.

Respectfully submitted,

*s/Emillie L. Cain*

Kelsie M. Sullivan, OBA #20350
Emillie L. Cain, OBA #35074
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: 918/585.2394
Facsimile: 918/585.1449
Email: ksullivan@richardsconnor.com
ecain@richardsconnor.com
**ATTORNEYS FOR DEFENDANT**
**FARMERS INSURANCE COMPANY, INC.**

*s/Preston J. Dugas, III*
Preston James Dugas, III, TBN #24050189
(*signed by filing counsel with permission of counsel for Plaintiffs*)
DUGAS, CHEEK & CIRCELLI, PLLC
1701 River Run, Suite 703
Fort Worth, TX 76107
Telephone: (817) 945-3061
Facsimile: (682) 219-0761
pdugas@dcclawfirm.com

Terry M. McKeever, OBA #21751
FOSHEE & YAFFEE
12231 S. May Avenue
P.O. Box 890420
Oklahoma City, OK 73189
Telephone: (405) 703-7816
Facsimile: (405) 703-7919

**ATTORNEYS FOR PLAINTIFFS DARLA NORDSTROM & RUSS NORDSTROM, DECEASED.**